IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No.: 6:22-cv-470

CHESTER WHARTON,
*Individually and on behalf of all*
*others similarly situated,*

                Plaintiff,

vs.

OMNIPOINT MANAGEMENT
SOLUTIONS LLC
                Defendants.
_____/

**DEFENDANT OMNIPOINT MANAGEMENT SOLUTIONS LLC'S**
**NOTICE OF REMOVAL**

Defendant Omnipoint Management Solutions LLC ("Defendant"), by filing this Notice of Removal and related papers, hereby removes this above-entitled action from the County Court in and for Orange County, Florida, Case No. 2021-CC-016904-O, to the United States District Court for the Middle District of Florida, Orlando Division pursuant to 28 U.S.C. §§ 1331, 1441, and 1446.

In support of this Notice of Removal, Defendant asserts the following:

1. On December 21, 2022, The Plaintiff commenced this action with the filing of a Complaint in the County Court for the Ninth Judicial Circuit in and for Orange County, Florida, Case No. 2021-CC-016904-O.

2. On February 7, 2022, Defendant was served with Plaintiff's Complaint.

3. Upon information and belief, at all times relevant hereto, Plaintiff is and has been a resident of the State of Florida.

4. Defendant is a New York Limited Liability Company with a principal place of business in the State of New York.

5. Defendant desires to exercise its right to remove the state court action under 28 U.S.C. § 1441(a), which provides in pertinent part:

> Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

6. Plaintiff's Complaint alleges that Defendant violated, *inter alia*, the Fair Debt Collection Practices Act (the "FDCPA") codified at 15 U.S.C. § 1692, *et seq.* Plaintiff's Complaint also contains allegations predicated upon the Florida Consumer Collection Practices Act (the "FCCPA") codified at Fla. Stat. § 559, *et. seq*.

7. Given the allegation in the Complaint that Defendant violated the FDCPA, this Court has subject matter jurisdiction, pursuant to 28 U.S.C. § 1331, over the allegations in the Complaint.

8. Thus, the Orange County action may be removed to this Court by Defendant, in accordance with the provisions of 28 U.S.C. § 1441(a), because this is a civil action pending within the jurisdiction of the United States District Court for the Middle District of Florida and because the allegations made by the Plaintiff assert violations of the FDCPA.

9. Notice of Removal is being filed within 30 days after service of the Complaint upon Defendant and is thus timely as set forth in 28 U.S.C. § 1446(d).

10. Pursuant to 28 U.S.C. § 1441(a), venue is proper because Orange County lies within the Middle District of Florida.

11.     Pursuant to 28 U.S.C. § 1446(a), a copy of the Complaint served on Defendant is attached hereto as **Exhibit A**.

12.     A civil cover sheet is attached hereto as **Exhibit B**.

13.     Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is contemporaneously being filed with the County Court in and for Orange County, Florida and served on Plaintiff's counsel.  By serving a copy of this Notice of Removal upon Plaintiff's counsel, Defendant is giving Plaintiff proper notice of this removal.

14.     Defendant reserves the right to amend or supplement this Notice of Removal and further reserves the right to raise all defenses or objections.

Dated: March 7, 2022

**LIPPES MATHIAS LLP**

/s Christopher A. Walker
Christopher A. Walker, Esq.
FBN: 0084864
Attorneys for Defendant
10151 Deerwood Park Blvd.
Building 300, Suite 300
Jacksonville, FL 32256
P: 904-660-0020
F: 904-660-0029
E: cwalker@lippes.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 7, 2022, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                /s Christopher A. Walker
                                                Christopher A. Walker, Esq.