# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**CHESTER WHARTON,**

        **Plaintiff,**

v.                                 **Case No: 6:22-cv-470-PGB-LHP**

**OMNIPOINT MANAGEMENT SOLUTIONS, LLC,**

        **Defendant.**
_____/

## ORDER TO SHOW CAUSE

This case is before the Court upon periodic review. The parties have failed to comply with the Court's Order of March 8, 2022 directing counsel to file a Notice of Pendency of Other Actions and to file a Certificate of Interested Persons and Corporate Disclosure Statement. Plaintiff has failed to file both documents, and Defendant has failed to file a Notice of Pendency.

Therefore, it is **ORDERED** that the parties shall **SHOW CAUSE** and file responses to said Order within **fourteen (14)** days from the date of this Order. Failure to comply with this Order may result in dismissal without prejudice or other appropriate sanctions.

**DONE AND ORDERED** in Orlando, Florida on March 29, 2022.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record