UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 6:22-cv-00470- PGB-LHP

CHESTER WHARTON,

    Plaintiff,

v.

OMNIPOINT MANAGEMENT SOLUTIONS LLC,

    Defendant.
_____/

Plaintiff Chester Wharton ("Plaintiff") submits this Response to the Order to Show Cause [D.E. 8] (the "Show Cause Order") issued by this Court on March 29, 2022.

1.    On March 07, 2022, Defendant Omnipoint Management Solutions LLC ("Defendant") removed Plaintiff's case from Orange County, Florida (*case 2021-CC-016904-O*) to this Court.

2.    On March 08, 2022, this Court issued the Initial Order [D.E. 4] (the "Initial Order"), of which required Plaintiff and Defendant (collectively, the "Parties") to, among other things, file Notice of Related Actions, as well as Certificates of Interested Persons and Corporate Disclosure Statements, on or before March 22, 2022. *See* D.E. 4.

PAGE | **1** of **4**

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

3. Due to clerical error, Plaintiff failed to timely file the necessary Notice of Related Action and Certificates of Interested persons on or before March 22, 2022.

4. On March 29, 2022, this Court issued the Show Cause Order the subject of this Response, wherein this Court directed the Parties to *show cause* as to why the Parties failed to comply with the Initial Order.

5. On April 12, 2022, Plaintiff filed the necessary Notice of Related Action, *see* D.E. 11, as well as Certificate of Interested Persons, *see* D.E. 12, whereby such filings place Plaintiff in full compliance with this Court's Initial Order.

6. With respect to the Notice of Related Action which Defendant still must file, counsel for Defendant informed Plaintiff that counsel for Defendant is currently traveling in connection with separate litigation, whereby Defendant expects to be able to file the necessary Notice of Related Action on or before Friday, April 15, 2022.

7. Plaintiff, respectfully, asks that this Court excuse the untimely filing of the Certificate of Interested Persons and Notice of Related Action, as such was due to clerical error. With respect to Defendant's remaining Notice of Related Action, respectfully, Plaintiff asks that Defendant be afforded until April 15, 2022, to submit the necessary filings, as counsel for Defendant requires to additional time submit

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

such filing due to counsel for Defendant's recent traveling done in connection with a separate litigation.

8. WHEREFORE, Plaintiff, respectfully, asks that this Court excuse the untimely filings of Plaintiff, as well as afford Defendant until April 15, 2022, to submit Defendant's remaining filing, so that the prosecution of Plaintiff's case may continue without delay.

Dated: April 12, 2022

Respectfully Submitted,

/s/ Thomas J. Patti
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail: jibrael@jibraellaw.com
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377
E-mail: tom@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone: 954-907-1136
Fax:     855-529-9540

*COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 12, 2022, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                                  /s/     Thomas   J.   Patti

**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com